**COMPONENT ASSEMBLY SYSTEMS, INC.** • 620 Fifth Avenue • Pelham, NY 10803                                      073978

QUEDENFELD CRAIG
DEPT-10                073978
PERIOD 5/16/23 CK DTE 5/17/23 NO.073978

| RG-HRS | OT-HRS | DB-HRS | RG-RTE | OT-RTE | DB-RTE | RG-PAY | OT-PAY | DB-PAY | EMP 00488 |
|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 8.00 | | 52.640 | 78.960 | | 2105.60 | 631.68 | | J# P246 |

TOTAL PAY
2737.28

DEDUCTIONS/DIRECT DEPOSITS

| FWT | 466.10 | SWT | 84.03 | ORGA | 3.84 | MAP | 4.80 |
|---|---|---|---|---|---|---|---|
| S.S. | 169.71 | CTPR | 103.74 | REGI | 40.80 | | |
| MED | 39.69 | UNEM | 1.92 | UNIO | 109.49 | | |

TOTAL DED
1024.12

YTD TOTALS

| GRSS | 27834.96 | MED | 403.61 | UNEM | 19.50 | UNIO | 1113.39 |
|---|---|---|---|---|---|---|---|
| FWT | 4214.04 | SWT | 854.53 | ORGA | 37.52 | MAP | 52.00 |
| S.S. | 1725.77 | CTPR | 1054.95 | REGI | 442.00 | | |

NET PAY
1713.16

---

**COMPONENT ASSEMBLY SYSTEMS, INC.** • 620 Fifth Avenue • Pelham, NY 10803                                      073694

QUEDENFELD CRAIG
DEPT-10                073694
PERIOD 5/09/23 CK DTE 5/10/23 NO.073694

| RG-HRS | OT-HRS | DB-HRS | RG-RTE | OT-RTE | DB-RTE | RG-PAY | OT-PAY | DB-PAY | EMP 00488 |
|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 8.00 | | 52.640 | 78.960 | | 2105.60 | 631.68 | | J# P246 |

TOTAL PAY
2737.28

DEDUCTIONS/DIRECT DEPOSITS

| FWT | 466.10 | SWT | 84.03 | ORGA | 3.84 | MAP | 4.80 |
|---|---|---|---|---|---|---|---|
| S.S. | 169.72 | CTPR | 103.74 | REGI | 40.80 | | |
| MED | 39.69 | UNEM | 1.92 | UNIO | 109.49 | | |

TOTAL DED
1024.13

YTD TOTALS

| GRSS | 25097.68 | MED | 363.92 | UNEM | 17.58 | UNIO | 1003.90 |
|---|---|---|---|---|---|---|---|
| FWT | 3747.94 | SWT | 770.50 | ORGA | 33.68 | MAP | 47.20 |
| S.S. | 1556.06 | CTPR | 951.21 | REGI | 401.20 | | |

NET PAY
1713.15

---

**COMPONENT ASSEMBLY SYSTEMS, INC.** • 620 Fifth Avenue • Pelham, NY 10803                                      073426

QUEDENFELD CRAIG
DEPT-10                073426
PERIOD 4/25/23 CK DTE 4/26/23 NO.073426

| RG-HRS | OT-HRS | DB-HRS | RG-RTE | OT-RTE | DB-RTE | RG-PAY | OT-PAY | DB-PAY | EMP 00488 |
|---|---|---|---|---|---|---|---|---|---|
| 8.00 | | | 50.750 | | | 406.00 | | | J# P246 |

TOTAL PAY
406.00

DEDUCTIONS/DIRECT DEPOSITS

| FWT | 13.97 | SWT | 12.46 | ORGA | .56 | MAP | .80 |
|---|---|---|---|---|---|---|---|
| S.S. | 25.17 | CTPR | 15.39 | REGI | 6.80 | | |
| MED | 5.89 | UNEM | .28 | UNIO | 16.24 | | |

TOTAL DED
97.56

YTD TOTALS

| GRSS | 19691.12 | MED | 285.52 | UNEM | 13.79 | UNIO | 787.64 |
|---|---|---|---|---|---|---|---|
| FWT | 2832.06 | SWT | 604.52 | ORGA | 26.32 | MAP | 37.60 |
| S.S. | 1220.85 | CTPR | 746.30 | REGI | 319.60 | | |

NET PAY
308.44

COMPONENT ASSEMBLY SYSTEMS, INC. • 620 Fifth Avenue • Pelham, NY 10803    073092

QUEDENFELD CRAIG
                                          DEPT-10           07309
PERIOD  4/18/23  CK DTE  4/19/23  NO.07309
RG-HRS  OT-HRS  DB-HRS  RG-RTE  OT-RTE  DB-RTE  RG-PAY   OT-PAY   DB-PAY   EMP 0048
 16.00                   50.750                  812.00                    J# P246

                                                                    TOTAL PA
                                                                      812.00

                    DEDUCTIONS/DIRECT DEPOSITS
FWT    61.25  SWT    24.93  ORGA   1.12  MAP    1.60
S.S.   50.35  CTPR   30.77  REGI  13.60                            TOTAL DED
MED    11.77  UNEM    .57   UNIO  32.48                              228.44

                         YTD TOTALS
GRSS 19285.12 MED   279.63 UNEM   13.51 UNIO  771.40
FWT   2818.09 SWT   592.06 ORGA   25.76 MAP    36.80                NET PAY
S.S.  1195.68 CTPR  730.91 REGI  312.80                              583.56

---

COMPONENT ASSEMBLY SYSTEMS, INC. • 620 Fifth Avenue • Pelham, NY 10803    072825

QUEDENFELD CRAIG
                                          DEPT-10           07282
PERIOD  4/11/23  CK DTE  4/12/23  NO.07282
RG-HRS  OT-HRS  DB-HRS  RG-RTE  OT-RTE  DB-RTE  RG-PAY   OT-PAY   DB-PAY   EMP 0048
 24.00                   50.750                  1218.00                   J# P246

                                                                    TOTAL PA
                                                                      1218.00

                    DEDUCTIONS/DIRECT DEPOSITS
FWT   119.12  SWT    37.39  ORGA   1.68  MAP    2.40
S.S.   75.51  CTPR   46.16  REGI  20.40                            TOTAL DED
MED    17.66  UNEM    .85   UNIO  48.72                              369.89

                         YTD TOTALS
GRSS 18473.12 MED   267.86 UNEM   12.94 UNIO  738.92
FWT   2756.84 SWT   567.13 ORGA   24.64 MAP    35.20                NET PAY
S.S.  1145.33 CTPR  700.14 REGI  299.20                              848.11

---

COMPONENT ASSEMBLY SYSTEMS, INC. • 620 Fifth Avenue • Pelham, NY 10803    072565

QUEDENFELD CRAIG
                                          DEPT-10           07256
PERIOD  4/04/23  CK DTE  4/05/23  NO.07256
RG-HRS  OT-HRS  DB-HRS  RG-RTE  OT-RTE  DB-RTE  RG-PAY   OT-PAY   DB-PAY   EMP 0048
 40.00   8.00            50.750  76.130          2030.00  609.04           J# P246

                                                                    TOTAL PA
                                                                      2639.04

                    DEDUCTIONS/DIRECT DEPOSITS
FWT   442.52  SWT    81.02  ORGA   3.36  MAP    4.80
S.S.  163.62  CTPR  100.02  REGI  40.80                            TOTAL DED
MED    38.27  UNEM   1.85   UNIO 105.56                              981.82

                         YTD TOTALS
GRSS 17255.12 MED   250.20 UNEM   12.09 UNIO  690.20
FWT   2637.72 SWT   529.74 ORGA   22.96 MAP    32.80                NET PAY
S.S.  1069.82 CTPR  653.98 REGI  278.80                              1657.22

**COMPONENT ASSEMBLY SYSTEMS, INC.** • 620 Fifth Avenue • Pelham, NY 10803         072079

```
                                          QUEDENFELD CRAIG
                                                              DEPT-10            072079
                                         PERIOD  3/21/23 CK DTE  3/22/23  NO.072079
 RG-HRS  OT-HRS  DB-HRS  RG-RTE  OT-RTE  DB-RTE   RG-PAY      OT-PAY    DB-PAY   EMP 0048
 40.00    8.00           50.750  76.130           2030.00     609.04             J# P246
```

                                                                TOTAL PAY
                                                                 2639.04

```
                        DEDUCTIONS/DIRECT DEPOSITS
 FWT     442.52  SWT     81.02  ORGA      3.36  MAP     4.80           TOTAL DED
 S.S.    163.62  CTPR   100.02  REGI     40.80                           981.82
 MED      38.27  UNEM     1.85  UNIO    105.56

                              YTD TOTALS
 GRSS  12992.08  MED    188.39  UNEM     9.10  UNIO    519.68
 FWT    1986.76  SWT    398.86  ORGA    17.36  MAP      24.80          NET PAY
 S.S.    805.51  CTPR   492.41  REGI   210.80                          1657.22
```

**COMPONENT ASSEMBLY SYSTEMS, INC.** • 620 Fifth Avenue • Pelham, NY 10803         071848

```
                                          QUEDENFELD CRAIG
                                                              DEPT-10            07184
                                         PERIOD  3/14/23 CK DTE  3/15/23  NO.07184
 RG-HRS  OT-HRS  DB-HRS  RG-RTE  OT-RTE  DB-RTE   RG-PAY      OT-PAY    DB-PAY   EMP 0048
 40.00    8.00           50.750  76.130           2030.00     609.04             J# P246
```

                                                                TOTAL PAY
                                                                 2639.04

```
                        DEDUCTIONS/DIRECT DEPOSITS
 FWT     442.52  SWT     81.02  ORGA      3.36  MAP     4.80           TOTAL DED
 S.S.    163.62  CTPR   100.02  REGI     40.80                           981.82
 MED      38.27  UNEM     1.85  UNIO    105.56

                              YTD TOTALS
 GRSS  10353.04  MED    150.12  UNEM     7.25  UNIO    414.12
 FWT    1544.24  SWT    317.84  ORGA    14.00  MAP      20.00          NET PAY
 S.S.    641.89  CTPR   392.39  REGI   170.00                          1657.22
```

**COMPONENT ASSEMBLY SYSTEMS, INC.** • 620 Fifth Avenue • Pelham, NY 10803         071613

```
                                          QUEDENFELD CRAIG
                                                              DEPT-10            07161
                                         PERIOD  3/07/23 CK DTE  3/08/23  NO.07161
 RG-HRS  OT-HRS  DB-HRS  RG-RTE  OT-RTE  DB-RTE   RG-PAY      OT-PAY    DB-PAY   EMP 0048
 40.00                   50.750                   2030.00                        J# P246
```

                                                                TOTAL PAY
                                                                 2030.00

```
                        DEDUCTIONS/DIRECT DEPOSITS
 FWT     297.76  SWT     62.32  ORGA      2.80  MAP     4.00           TOTAL DED
 S.S.    125.86  CTPR    76.94  REGI     34.00                           715.73
 MED      29.43  UNEM     1.42  UNIO     81.20

                              YTD TOTALS
 GRSS   7714.00  MED    111.85  UNEM     5.40  UNIO    308.56
 FWT    1101.72  SWT    236.82  ORGA    10.64  MAP      15.20          NET PAY
 S.S.    478.27  CTPR   292.37  REGI   129.20                          1314.27
```